# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKUYA CHRISTOPHER HEWSON,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 8:18-cv-1107<br><br>[~~PROPOSED~~] JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is reversed and the matter is remanded for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g), consistent with the Remand Order filed concurrently herewith.

Dated: November 5, 2018   By: _____
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

Page 1        JUDGMENT - [8:18-cv-1107]